# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

### _NORTHERN_ Division

|  |  |
|---|---|
| W I L L I A M    L Y O N S | ) Case No. _____ |
| _Plaintiff(s)_ | ) *(to be filled in by the Clerk's Office,* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *please write "see attached" in the space and attach an additional* | ) _TO BE RULED ON AND DECIDED BY_ |
| *page with the full list of names.)* | ) _ASSIGNED U.S. DISTRICT_ |
| **–v–** | ) _COURT JUDGE_ |
|  | ) |
| G O V E R N O R   L O M B A R D O, et al | ) |
| _Defendant(s)_ | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional p
needed.

| Name | W I L L I A M   L Y O N S |
|---|---|
| Street Address | 1721 SNYDER AVE. |
| City and County | CARSON CITY, |
| State and Zip Code | NEVADA, 89701 |
| Telephone Number |  |
| E-mail Address |  |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defen
individual, a government agency, an organization, or a corporation. For an individual defend
include the person's job or title *(if known)*. Attach additional pages if needed.

1

Defendant No. 1

Name — JOE LOMBARDO

Job or Title *(if known)* — GOVERNOR, STATE OF NEVADA

Street Address — 101 NO. CARSON ST.

City and County — CARSON CITY,

State and Zip Code — NEVADA 89701

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — J. DZURENDA

Job or Title *(if known)* — DIRECTOR N.D.O.C.

Street Address — 5500 E. SNYDER AVE.

City and County — CARSON CITY

State and Zip Code — NEVADA 89701

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — J. HENDLEY

Job or Title *(if known)* — WARDEN N.N.C.C.

Street Address — 1721 E. SNYDER AVE.

City and County — CARSON CITY

State and Zip Code — NEVADA 89701

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — KENNETH WILLIAMS

Job or Title *(if known)* — N.D.O.C. MEDICAL DIRECTOR

Street Address — 1721 SNYDER AVE.

City and County — CARSON CITY

State and Zip Code — NEVADA 89701

Telephone Number

E-mail Address *(if known)*

2

Defendant No. 5

Name ANNALEAZ DELA TORRE-FENNELL

Job or Title *(if known)* CN3, NNCC,

Street Address 1721 SNYDER AVE.

City and County CARSON CITY

State and Zip Code NEVADA, 89701

Telephone Number

E-mail Address *(if known)*

Defendant No.

Name 6 CHRISTY COSS

Job or Title *(if known)* RN DON, NNCC

Street Address 1721 SNYDER AVE

City and County CARSON CITY

State and Zip Code NEVADA 89701

Telephone Number

E-mail Address *(if known)*

Defendant No.

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No.

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases
heard in federal court: cases involving a federal question and cases involving diversity of citizenship
parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws
is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citiz
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

$\boxtimes$ Federal question          $\square$ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Cons
are at issue in this case.

*VIOLATION OF 8TH AND 14TH AMENDMENT RIGHTS*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a ci

   State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is inc

   under the laws of the State of *(name)* _____

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page prov
   same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a ci

   the State of *(name)* _____ . Or is a ci

   *(foreign nation)* _____ .

4.

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorp‹

the laws of the State of *(name)* _____

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page pr*
*same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or th
stake–is more than $75,000, not counting interest and costs of court, because *(explain*

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as pos
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each def
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
the dates and places of that involvement or conduct. If more than one claim is asserted, number each
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if ne

SEE ATTACHED _____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not r
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time.
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Incl
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to a
punitive money damages.

# STATEMENT OF CLAIM

**(1)**

1. GOVERNOR JOE LOMBARDO- CHEIF EXECUTIVE OFFICER N.D.O.C.
2. AS HE IS IN THIS SPHERE OF CONTROL THE DECISION TO
3. DELAY AND OR DENY MEDICAL BEGINS AND ENDS WITH
4. HIM.

**(2)** DICTOR J. AZURENDA
6. AS DIRECTOR OF THE NEVADA DEPARTMENT OF
7. CORRECTIONS ALL DECISIONS RELATING TO MEDICAL
8. CARE IN NNCC GO THROUGH HIM FROM LOMBARDO TO
9. THOSE UNDER HIS INFLUENCE AND CONTROL.

**(3)** WARDEN J. HENDLEY
11. AS WARDEN OF N.N.C.C. HE INFORCES THE DIRECTIVES
12. LOMBARDO AND DZURENDA IN THIS INSTITUTION

**(4)** MEDICAL DIRECTOR KENNETH WILLIAMS
14. AS MEDICAL DIRECTOR OF THE N.D.O.C. HE HAS
15. INSTITUTED AND INFORCED A PROGRAM OF DELAY
16. AND DENIAL, WITH LOMBARDO'S AND DZURENDA'S
17. APPROVAL AND OVERSIGHT, THAT ARE CAUSING
18. THE PETITION UNDO PAIN, ANXIETY AND A LIST
19. OF LONG TERM EMOTIONAL AND PHYSICAL PROBLEMS
20. LOSS OF SLEEP, HARD TIME CONCENTRATING, HARD
21. TO READ, ETC.

**(5)** ANNALEAZ DeLa TORRE-FENNELL CN-3 NNCC
23. ON 5-28-25 THE PETITIONER GOT A GRIEVANCE DENIAL OF
24. THIS NURSE? DATED 5-29-25, NO. 2006317851, THIS IS
25. A DOC-3098 FORM, SHE BLANKED OUT THE BLOCKED
26. PORTION OF THIS FORM AND MANUFACTUDED HER
27. OWN STATEMENTS FOR "REASONS FOR DENIAL", SHE
28. LEFT OFF OF THIS A KITE TO MEDICAL KITE

1  THAT PETITIONER FILED AS PART OF THIS GRIEVANCE,
2  SEE EXHIBIT (1) PAGE (4), PETITIONER HAD MADE
3  COPIES OF THIS DOCUMENT BECAUSE OF PREVIOUS
4  SPURIOUS DEALINGS WITH NNCC/NDOC STAFF.

5  _____
6     THE PETITIONER HAD CATARACT SURGERY IN HIS LEFT
7  EYE ON 11-12-24, I HAVE PUT THE SPECIAL
8  INSTRUCTIONS PAGE, PAGE (1) EXHIBIT (2), I HAVE
9  A CATARACT IN MY RIGHT EYE THAT HAS PROGRESSED
10 TO THE POINT I AM IN NEED OF GLASSES AND NEED OF
11 A MAGNIFYING GLASS TO READ SMALL PRINT CLEARLY
12   I STARTED KITING MEDICAL ON 2-17-23-SEE
13 PAGE (2) OF EXHIBIT (2), AGAIN AFTER NO RECPONSE
14 TO THIS KITE I FILED A SECOND REQUEST ON 4-1-23
15 SEE RESPONSE PAGE (3) EXHIBIT (2), ON 4-26-24-I
16 PUT IN A KITE TO MEDICAL STATING CATARACTS IN
17 BOTH EYES AND REQUESTED A MAGNIFYING GLASS,
18 THIS KITE WAS NOT RESPONDED TO SEE PA(4)
19 EXHIBIT (2) I HAD PUT IN THE REQUEST FOR THE
20 GLASS - IN JUNE, STATING CATARACTS-BOTH
21 EYES, SEE PAGE (5) EXHIBIT (2),
22     I PUT IN (4) KITES BY THE TIME I GOT THE
23 LEFT EYE SURGERY, FROM 2-17-23-TILL 12-12-24, 21
24 MONTHS OF ASKING FOR HELP TO SEE - BEGGING
25 FOR THE SURGERY, TO RETURN THE SIGHT, AND
26 THEN, LEFT EYE ONLY.
27     WHEN I SAW THE EYE DR, IN OR ABOUT AUG.
28 2024, HE CHECKED BOTH EYES AND PUT IN HIS

1  REPORT THAT I HAVE CATARACTS IN BOTH EYES, AND
2  TOLD ME THAT THEY WOULD NOTIFY NNCC/RMF OF THIS
3  SO THEY CAN SCHEDULE SURGERY, WHICH WAS HELD
4  ON 12-12-24.
5     ON 9-19-24 I FILED A GRIEVANCE, 200631050 6, WHICH
6  WAS DIE NIED/REJECTED, SEE EXHIBIT (3), AGAIN
7  BY A NURSE, NOT GRIEVANCE COORDINATOR, BY
8  THE WARDEN, DIRECTOR, THERE IS A COPY OF THE
9  INMATE ACCOMODATION REQUEST FOR THE
10 MAGNIFYING GLASS. NEVER RESPONDED TO!
11 PAGES 6-7, EXHIBIT (3).

12

13    PETITIONER HAS SHOWN, WITH UNCOMPROMISED
14 UNDENIABLE DOCUMENTS HIS EFFORTS TO OBTAIN
15 NEEDED MEDICAL CARE.
16    NURSE CHRISTY COSS AS D.O.N IS NOT ONLY
17 AWARE OF THESE ISSUES, SHE IS IN CHARGE OF
18 NURSING AND IS ENFORCING ABUSES FROM THE
19 THE GOVENER DOWN. THERE IS NO WHERE TO
20 TURN BUT TO THE COURTS FOR RELIEF.
21    DUE TO THE SERIOUNESS OF THE CHARGES MADE
22 IN THIS DOCUMENT I WISH TO REQUEST THE COURTS
23 INDULGENCE AS I MAKE SOME POINTS TO SHOW THE
24 SERIOUSNESS, NEVER ENDING, ONGOING CRIMINAL
25 UNDER COLOR OF LAW ACTIVITIES OF THE NAMED
26 STATE ACTORS.

27

28

(1)

1  ELEMENTARY PRINCIPLES OF THE CRUEL AND UNUSUAL

2  PUNISHMENY CLAUS OF THE EIGTH AMENDMENT

3  ESTABLISH THE GOVERNMENT'S OBLIGATION TO

4  PROVIDE MEDICAL CARE FOR THOSE WHOM IT IS

5  PUNISHING BY INCARCERATION." (ESTELLE V.

6  GAMBLE 429 U.S. 97, 50 LED 2D, 97 SCT L85 1976)

(2)

8  "PRISON OFFICIAL'S KNOWLEDGE OF PRISONER'S

9  SERIOUS MEIDCAL NEEDS MAY BE INFERRED FROM

10  CIRCUMSTANCIAL EVIDENCE."

11  (JOHNSON V. AHMAD 532 F3D 675 2TH CIR 2008)

(3)

13  "A PRISON DR. VIOLATES THE EIGHT AMENDMENT WHEN

14  SHE EXHIBITS DELIBERATE INDIFFERENCE TO THE

15  SERIOUS NEEDS OF A PRISONER."

16  (SANTIAGO V. RINGLE, 734 F3D 585 6TH CIR 2013)

17

18  LYONS HAS SHOWN A CONTINUAL LACK OF GOOD

19  CONSCIENCE IN THE NNCC/NDOC/RMF ACTORS IN

20  THEIR CONSCIOUSLY INDIFFERENCE TO NOT ONLY

21  THE PETITIONER LYONS, BUT TO THE WHOLE OF THE

22  STATES INMATE POPULATION. THEY KNOW WHAT

23  THEY ARE DOING, IT IS A DELIBERATE THOUGHT

24  OUT PROGRAM OF DELAY, DENIAL, PROCRASTINATION,

25  EVERY LEVEL OF GOUERNENCE — WITH NO ETHICAL

26  VALUE REAL OR INFERRED.

27  SO THAT THE COURT MAY SEE THE MAGNITUDE OF

28  THE DEFENDNTS BEHAVIOR IN TAKING CARE OF

1  EYE SIEGHT ISSUES I HAVE IN EXHIBIT (4) A
2  NUMBER OF AFFIDAUITS OF OTHER MEN THAT
3  SHOW THIS IS RAADENT IN THE NDOC/NNCC/RAF.

10

_____SEE ATTACHED_____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass,
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentio
evidentiary support or, if specifically so identified, will likely have evidentiary support after a reason
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related pa
served.  I understand that my failure to keep a current address on file with the Clerk's Offic
in the dismissal of my case.

Date of signing:    JUNE 2, 2025

Signature of Plaintiff    _Will Lyons_

Printed Name of Plaintiff    WILLIAM LYONS

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

11

# RELIEF

THE PETIONER REQUESTS THE HONORABLE COURT
FOR THE FOLLOWING RELIEF:

(1)

THE PLAINTIFF HAS DEMONSTRATED WITH
UNDENIABLE EVIDENCE THAT THE STATE ACTOR-
DEFENDANTS HAVE CONSPIRED INDIVIDUALLY AND IN
CONCERT TO VIOLATE HIS EIGHTH AMENDMENT
RIGHT TO BE FREE OF CRUEL AND UNUSUAL
PUNISHMENT

(2)

THAT IN THEIR DELAY AND DENY TACTICS THE
DEFENDANTS HAVE BROUGHT ABOUT THE CRIMINAL
ACT OF ELDER ABUSE TO A LARGE NUMBER OF
THE 65 AND OLDER INMATES IN THE IMMEDIATE
CARE OF THE STATE MENTIONED AS THE (6)
DEFENDANTS IN THE INSTANT CASE.

(3)

THE STATE ACTORS HAVE VIOLATED PETITIONER'S
14TH AMENDMENT RIGHT TO DUE PROCESS BY THE
ABUSES OF THE FEDERALLY ORDERED GRIEVANCE
PROCESS AT ALL LEVELS.

(4)

THE MAIN DRIVING FORCE IS BECAUSE THE MONEY
NEEDED TO TAKE CARE OF OUR/INMATE HEALTH CARE
DOSEN'T EXIST, SO I/WE HAVE TO TURN TO THE
COURTS FOR RELIEF.

(5)

12

THE PETITIONER REQUESTS THE HONORABLE COURT TO
PLACE THE NDOC INTO RECEIVERSHIPS SO THAT
THE ISSUES PRESENTED TO THE COURT MAY BE
INVESTIGATED AND ULTIMATELY, CURED, AS
THE ONLY CURE FOR THIS IS FEDERAL COURT
INTERVENTION.

(6)

PETITIONER REQUESTS THE HONORABLE COURT TO
ORDER A MAGNIFYING GLASS SO THAT I MAY
AGAIN READ SMALL PRINT.

**(7)**

LYONS PRAY'S THE COURT TO ORDER THE NDOC TO
HAVE THE CATARACT SURGERY WITHIN (30) DAYS OF
THE COURTS FINDINGS IN THIS MATTER, RIGHT EYE.

(8)

HAVING ADDRESSED THIS AS BEST AS I CAN, I
HUMBLY PRAY THE COURT GRANT MY RELIEF, AND
HOLD THE DEFENDANTS LIABLE FOR THE ACTS,
CRIMINAL ACTS AGAINST PRISONER WILLIAM
LYONS AND OTHERS.

(9)

PETITIONER, LYONS ASKS THE COURT AWARD WHATEVER
PUNITIVE DAMAGES IT DEEMS APPROPRIATE.

DATED, JUNE 2ND, 2025
SIGNED, Will Lyons, #89249
WILLIAM LYONS

## CERTIFICATE OF SERVICE VIA ELECTRONIC FILING (E-File)

Pursuant to FRCP Rule 5 (b) , I hereby certify that on this date I did cause to be filed the

foregoing pleading, to wit: _COMPLAINT FOR A CIVIL CASE_

and served upon the respondent(s)' counsel, by presenting to the Law Library Supervisor

at Northern Nevada Correctional Center ("NNCC") for e-filing and subsequently

forwarded electronically to:

_FEDERAL DISTRICT_

_COURT, RENO NEVADA_

_____

_____
Deputy Nevada Attorney General
100 N. Carson Street
Carson City, Nevada  89701-4717

Dated this _2 ND_ day of _JUNE_ ,20 _25_ .

_____
Plaintiff, In Proper Person
_WILLIAM LYONS 79249_

1.                              **AFFIDAVIT**

2.

3.   STATE OF NEVADA   )

4.                              )   ss Affidavit of William R Lyons

5.   County of Carson      )

6.

7.   To Whom It May Concern:

8.   I William R Lyons, the undersigned, do hereby swear under the penalty of perjury That the

9.   assertions of this AFFIDAVIT are true and correct:

10.

11.  That all of the statements are true.

12.  That I have dictated and/or made all statements with first-hand knowledge and evidences of the

13.  same.

14.  Further, the Affiant sayeth not.

15.

16.  Executed this 2 ND DAY of  JUNE_____, 20.25

17.  At Norther Nevada Correctional Center

18.  Under penalty of perjury Nevada Revised Statutes 208.165

19.  Execution of Instrument by a prisoner

20.

21.                        Will Lyons 79249

22.                    , WILLIAM LYONS

23.

24.

25.

26.

27.

28.

## INDEX OF EXHIBITS

Exhibit Number ___1___     Number of Pages _4_____

Exhibit Description _IMPROPER GRIEVANCE, 20063178531 5-29-25_

Exhibit Number ___2___     Number of Pages _5_____

Exhibit Description _SPECIAL INSTRUCTIONS   12-11-24_
_3 PAGES KITES TO MEDICAL_____
Exhibit Number ___3___     Number of Pages __7____

Exhibit Description _IMPROPER GIEVANCE 20063170506 9-24-24_

Exhibit Number ___4___     Number of Pages __7____

Exhibit Description _AFFIDAVITS FROM MEN WITH EYE PROBLEMS_

Exhibit Number _____     Number of Pages _____

Exhibit Description _____

Exhibit Number _____     Number of Pages _____

Exhibit Description _____

Exhibit Number _____     Number of Pages _____

Exhibit Description _____

Exhibit Number _____     Number of Pages _____

Exhibit Description _____

Exhibit Number _____     Number of Pages _____

Exhibit Description _____

Exhibit Number _____     Number of Pages _____

Exhibit Description _____

Exhibit Number _____     Number of Pages _____

Exhibit Description _____

# EXHIBITS

# EXHIBIT 1

# EXHIBIT 1



# Nevada Department of Corrections
# Improper Grievance Memo

| TO: | Lyons, William #79249 |
|---|---|
| FROM: | Annaleaz De La Torre-Fennell CN3, NNCC |
| DATE: | April 29, 2025 |
| RE: Improper Grievance # | 20063178531 Rej 1 |

The attached grievance is being returned to you for the following reason(s):

**REJECTED** - After correcting the deficiencies(s) listed below, you may re-submit your grievance at the same level unless specified. Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

☒ No harm/loss, action, or remedy
*Per AR 740.03.01.A If the inmate does not factually demonstrate a loss or harm and does not state the action or remedy that will satisfy the claim in the grievance, the grievance will not be accepted and returned to the inmate. Please resubmit to include any of the following documents that apply to the issue. i.e. Property Transfer Sheets, Canteen Receipts, Unauthorized Property Form, Inmate Property Claim Forms and Proof of continuous ownership receipts must be included.*

☒ Not a KITE
*AR 740.03.1.B. A grievance will not be used as an inmate request form (DOC 3012) to advise staff of issues.*
*AR 740.08.1. At the informal level, an inmate shall file a grievance (Form- 3091) after failing to resolve the matter by other means such as discussion with staff or submitting an Inmate Request Form (DOC 3012).*

☒ Other specify:
**Submit an Inmate Request Form DOC 3012, a.k.a. KITE, to Staff, along with required documentation in support of your claim.**
**Do not resubmit until you have exhausted Inmate Request Form process.**
**Resubmission to include all previously submitted grievance documents, including Improper Grievance Memo(s) DOC 3098.**
**Please review AR 740, available in the Law Library.**

| Witness Signature | Date | Inmate Signature | Date |
|---|---|---|---|
| CFE | 5.28.2025 | W. Lyons | 5.28.25 |

Log Number _2006-31-78531_

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _WILLIAM LYONS_    I.D. NUMBER: _29249_

INSTITUTION: _NNCC_    UNIT: _3-A-6-M_

GRIEVANT'S STATEMENT: _ON 3.11.25 I SENT A KITE ASKING_
_WHAT IS GOING TO BE DONE ABOUT THE_
_CATARACT IN MY RIGHT EYE, WHAT ARE_
_YOU GOING TO DO? THIS HAS BEEN OVER_
_3 YEARS WITH THE LEFT EYE CATARACT._

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _Will Lyons_ _____ DATE: _4-22-25_ TIME: _1:55 P_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _4/24/25_ TIME: _10:25 am_

GRIEVANCE RESPONSE: _Rostated - Doc 3098_

CASEWORKER SIGNATURE: _cos_ _____ DATE: _5.28.2025_

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _A. Harmon_ DATE: _5/7/2025_

___ INMATE AGREES ___✓___ INMATE DISAGREES

INMATE SIGNATURE: _Will Lyon_ _____ DATE: _5-28-25_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

APR 24 2025

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: WILLIAM LYONS     I.D. NUMBER: 79249

INSTITUTION: NNCC     UNIT #: 2-A6-M

GRIEVANCE #: 1     GRIEVANCE LEVEL: INF.

GRIEVANT'S STATEMENT CONTINUATION:     PG. 2     OF 2

I WANT YOU TO TAKE CARE OF THIS
ASAP, AS MY EYE SIGHT IN THE RIGHT
EYE IS DIMINISHED, AND GETS NOTICABLY
WORSE CONTINUALLY.
                    THANK YOU,
                         will

          DATED 4-22-25   will Lyons

Original:     Attached to Grievance
Pink:     Inmate's Copy

RECEIVED

APR 2 4 2025

NNCC
DOC – 3097 (01/02)

3

1-13-26

NAME WILLIAM LYONS    ID# 79249    Unit/Cell#: 3-A 6-A

FACILITY NNCC    DATE 3-11-25    SIGNATURE [signature] Will Lyons
3RD REQUEST

**Request**

THIS IS MY 3RD REQUEST NOW ON WHEN YOU
ARE GOING TO TAKE CARE OF THE CATARACT
IN MY RIGHT EYE, PLEASE LET ME KNOWWHAT
AND WHEN THIS WILL BE DONE.
THANK YOU,
Will

---

## INMATES - DO NOT WRITE IN AREA BELOW

### ASSIGNED TO

☐ Medical    ☐ Dental    ☐ Psychiatry    ☐ Nursing    ☐ Other _____

**Response to request**

Kite Received
Pending Sched

☐ Appointment scheduled/rescheduled for: _____

☐ No visit necessary

☐ No show for appointment

☐ Refused to be seen. DOC 2523 Release of Liability signed

### PRESCRIPTIONS

☐ KOP    ☐ NON-KOP

☐ Order date _____

### PLAN

☐ Follow-up appointment _____    ☐ Return if needed

☐ No follow-up required

[signature]    MAR 1 2 2025

Signature of practitioner/responder    Date

C.C./FILE    NEVADA DEPARTMENT OF CORRECTIONS
**MEDICAL KITE and SERVICE REPORT**

DOC 2500 (03/20)

2

# EXHIBIT 2

# EXHIBIT 2

## NORTHERN NEVADA CORRECTIONAL CENTER
## MEDICAL DIVISION

### SPECIAL INSTRUCTIONS PRIOR TO TESTING OR PROCEDURE

You are scheduled for a special medical test or procedure.  To prepare you for the test or procedure, you must follow these instructions listed below.  Failure to do so may cause the test or procedure to be delayed or canceled.

> **Take absolutely nothing by mouth after Midnight on Wednesday 12/11/24. This includes water, gum, mints, etc.**

By signing below, you are stating that you have been informed of the above special instructions, that you understand them, and that you have been given an opportunity to ask the nurse questions about the instructions to assure you understand them.

Further, you understand that your failure to follow the above instructions may cause the test or procedure to be delayed or canceled.  Any delay or cancellation caused by your actions can and will be addressed through the disciplinary process.

SIGNED BY: _____    NDOC# _____    DATE _____

INSTRUCTIONS GIVEN BY: _____    TITLE _____    DATE _____

**Lyons, William**
<u>**NAME**</u>
NDOC # 79249

Give to inmate 12/11/24.  (1)

NAME _WILL LYONS_    ID# _79249_    DOB _1/15/50_

FACILITY _NNCC_    Unit/Cell # _3-3 20-K_

SIGNATURE _will lyons_    DATE _2/18/23_

**Request**

I AM DEVELOPING A CATARACT IN MY LEFT
EYE, WHICH IS CAUSING MY VISION TO BLUR.
PLEASE GET THIS TAKEN CARE OF ASAP.
THANK YOU
Will

## OFFENDERS - DO NOT WRITE IN AREA BELOW

### ASSIGNED TO

☐ Medical    ☐ Dental    ☐ Psychiatry    ☐ Nursing    ☐ Other _____

**Response to request**

☐ Appointment scheduled/rescheduled for: _____
☐ No visit necessary
☐ No show for appointment
☐ Refused to be seen.  DOC 2523 Release of Liability signed

### PRESCRIPTIONS

☐ KOP    ☐ NON-KOP
☐ Order date _____

### PLAN

☐ Follow-up appointment _____    ☐ Return if needed
☐ No follow-up required

Signature of practitioner/responder _____    Date _____

NEVADA DEPARTMENT OF CORRECTIONS
# MEDICAL KITE and SERVICE REPORT

DOC 2500 (09/22)

2

RECEIVED 5/02  eye

NAME WILLIAM LIONS                ID# 79248        DOB 1115

FACILITY NNCCS                              Unit/Cell # 3-B 2

SIGNATURE Will Rygons                    REQUEST    DATE 4/2/1

**Request**

I WAS DIAGNOSED WIT            CATARACT IN MY
EYE. IT IS PROGRESSING         I'OW HAVE BLUZZED S
IN THIS EYE IT ALL DEP         PLEASE TAKE CAR
THIS ASAP.
        THANK YOU,

**OFFENDERS - DO NOT WRITE IN AREA BELOW**
**ASSIGNED TO**

☐ Medical    ☐ Dental    ☐ Psychiatry    ☐ Nursing    ☐ Other

**Response to request**

You are on the list to see the eye doctor.
Appointments are scheduled according to the
date on the first kite received. Once your turn
comes up, you will be scheduled.
Please be patient the list is very long.

☐ Appointment scheduled/rescheduled for:
☐ No visit necessary
☐ No show for appointment
☐ Refused to be seen. DOC 2523 Release of Liability signed

you are on the
list for a f/u
exam. You will
be seen when
it is time

**PRESCRIPTIONS**

☐ KOP    ☐ NON-KOP
☐ Order date _____

**PLAN**

☐ Follow-up appointment                    ☐ Return if needed
☐ No follow-up required

                                        done 5/8/23

Signature of practitioner/responder        Date

CC/FILE

NEVADA DEPARTMENT OF CORRECTIONS
**MEDICAL KITE and SERVICE REPORT**

DOC 2500 (09/22)

NAME _WILLIAM LYONS_      ID# _79249_      DOB _1 15 50_

FACILITY _NNCC_                     Unit/Cell # _79249_

SIGNATURE _will Lyons_                     DATE _4 12 6 125_

Request

_I NOW HAVE CATARACTS IN BOTH EYES, PLEASE, I
NEED A MAGNIFYING GLASS, I CAN NO LONGER
READ SMALL PRINT._

_THANK YOU,_

_will_

## OFFENDERS - DO NOT WRITE IN AREA BELOW
### ASSIGNED TO

☐ Medical     ☐ Dental     ☐ Psychiatry     ☐ Nursing     ☐ Other _____

Response to request

☐ Appointment scheduled/rescheduled for: _____

☐ No visit necessary

☐ No show for appointment

☐ Refused to be seen.  DOC 2523 Release of Liability signed

### PRESCRIPTIONS

☐ KOP     ☐ NON-KOP

☐ Order date _____

### PLAN

☐ Follow-up appointment _____     ☐ Return if needed

☐ No follow-up required

_____          _____
Signature of practitioner/responder          Date

_C U, FILE_

NEVADA DEPARTMENT OF CORRECTIONS
# MEDICAL KITE and SERVICE REPORT

DOC 2500 (09/22)

_4_

NAME _WILLIAM LYONS_    ID# _7 . 49_    Unit/Cell#: _3-B 6-M_

FACILITY _NNCC_    DATE _11-12-24_    SIGNATURE _will Lyons_

**Request**

ON 6-5-24 I PUT IN AN INMATE DISABILITY REQUST FORA
FOR A MAGNIFYING GLASS, I HAVE CATARACTS IN BOTH
EYES, IT IS 5-½ MONTHS, MY EYE IS CONSIDERABLY
WORSE SENCE 6-5, PLEASE TAKE CARE OF THIS
ISSUE, THANK YOU,
                          will

### INMATES - DO NOT WRITE IN AREA BELOW
#### ASSIGNED TO

☐ Medical    ☐ Dental    ☐ Psychiatry    ☐ Nursing    ☐ Other _____

**Response to request**

Seen by provider 1/14 hrs
PROVIDER DID NOT SEE MEON
THE ISSUE HERE, will Lyons

~~Kite Received~~
~~Pending Scheduling~~

☐ Appointment scheduled/rescheduled for: _____

☐ No visit necessary

☐ No show for appointment

☐ Refused to be seen. DOC 2523 Release of Liability signed

#### PRESCRIPTIONS

☐ KOP    ☐ NON-KOP

☐ Order date _____

#### PLAN

☐ Follow-up appointment _____    ☐ Return if needed

☐ No follow-up required

_cW_

**RECEIVED**
**NOV 1 4 2024**
**BY:** ~~~~~~~~~~

Signature of practitioner/responder         Date

_CC/FILE_

NEVADA DEPARTMENT OF CORRECTIONS
## MEDICAL KITE and SERVICE REPORT

9
2

DOC 2500 (03/20)

5

# EXHIBIT 3

# EXHIBIT 3



# Nevada Department of Corrections
# Improper Grievance Memo

| | |
|---|---|
| TO: | Lyons, William 79249 |
| FROM: | Christy Coss RN DON 1, NNCC |
| DATE: | September 24, 2024 |
| RE: Improper Grievance # | REJ:1  20063170506  Informal |

The attached grievance is being returned to you for the following reason(s):

**REJECTED** - After correcting the deficiencies(s) listed below, you may re-submit your grievance at the same level unless specified. Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

☒ More than one issue
*AR_740.03.4.D The inclusion of more than one grievance issue, per form will be cause for the grievance to not be accepted.*

☐ No harm/loss, action, or remedy
☐ Not a KITE
☐ Missing inmate personal property claim form
☐ Alterations
☐ Missing administrative claim form
☐ Continuation forms
☐ Other specify:

☐ Improper submission
☐ Not signed or dated
☐ Disciplinary appeal process/directly to warden
☐ Failure to correct deficiencies
☐ Untimely submission
☐ Staff misconduct (IG Review Submitted)

Resubmission to include all previously submitted grievance documents, including Improper Grievance Memo(s) DOC 3098. Please review AR 740, available in the Law Library.

**NOT ACCEPTED - If not accepted due to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.**

☐ Non-grievable issues:
　☐ State and federal court decisions
　☐ State, federal and local laws and regulations
☐ Untimely submission
☐ Inmate elected NOT to sign and date any grievance form
☐ Grievance was granted
☐ Abuse of Inmate Grievance Procedure
　☐ A threat of serious bodily injury to a specific individual
　☐ Specific claims or incidents previously filed by the same inmate
　☐ Other specify:

　☐ Parole Board actions and/or decisions
　☐ Lacks standing

　☐ Obscene, profane and derogatory language
　☐ More than one (1) grievance per week, Monday through Sunday

S Walker CCSI    10/11/24

| Witness Signature | Date | Inmate Signature | Date |
|---|---|---|---|

cc: Original – Inmate
　　Copy - Grievance File

DOC-3098 (12/2021)

1

Log Number _2006.3603. 70506_

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _WILLIAM LYONS_    I.D. NUMBER: _79249_

INSTITUTION: _NNCC_    UNIT: _3-B 6-M_

GRIEVANT'S STATEMENT: _LAST YEAR I SAW THE EYE DR,_
_WHERE HE PUT IN AN ORDER TO HAVE THE_
_CATARACT IN MY LEFT EYE REMOVED. HE_
_ALSO TOLD ME THAT A CATARACT IS DEV-_
_ELOPING MY RIGHT EYE. IN MY APPOINTMENT_

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _Wm Lyons_    DATE: _7-16-24_ TIME: _6:40 P.M,_

GRIEVANCE COORDINATOR SIGNATURE _A Zimmerman_ DATE: _9.19.24_ TIME: _8:42am_

GRIEVANCE RESPONSE: _DOC 3091 - Removed_

CASEWORKER SIGNATURE: _S Walker_    DATE: _10|11|24_

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _Wickham_ DATE: _10-7-2024_

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _Wm Lyons_    DATE: _10-11-24_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | | |
|---|---|---|
| Original: | To inmate when complete, or attached to formal grievance | |
| Canary: | To Grievance Coordinator | |
| Pink: | Inmate's receipt when formal grievance filed | |
| Gold: | Inmate's initial receipt | |

**RECEIVED**

SEP 19 2024

**NNCC**

_9/17/24_

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: WILLIAM LYONS        I.D. NUMBER: 29249

INSTITUTION: NNCC        UNIT #: 3-B 6-M

GRIEVANCE #: _____        GRIEVANCE LEVEL: INF,

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2    OF 3

IN 2022, HE TOLD ME THAT THE BLURY SIGHT
IN MY LEFT EYE WAS BECAUSE A CATARACT
WAS DEVELOPING IN MY LEFT EYE, I
NOW AM UNABLE TO USE MY LEFT EYE TO
READ ~ MAKE OUT PEOPLE OR OBJECTS AT
A DISTANCE, MY RIGHT EYE WAS DIAG-
NED IN MY RIGHT EYE IN THE 2023 VISIT.
ON 6-5-24 I PUT IN AN "INMATE
DISABILITY ACCOMODATION REQUEST" FOR
A MAGNIFYING GLASS TO HELP ME READ,
IT IS NOW 93 DAYS LATER AND THIS HAS
NOT BEED ANSWERED, WHY? I ALSO PUT
IN A MEDICAL KITE ASKING WHAT IS
BEING DONE ON THIS ISSUE, 15 DAYS
LATER THE KITE CAME BACK THAT IT
WAS PENDING SCHEDULE, WHY IS IT
DATED 9-18-24

Original:    Attached to Grievance
Pink:        Inmate's Copy

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: WILLIAM LYONS        I.D. NUMBER: 79249

INSTITUTION: NNCC        UNIT #: 3-B 6-M

GRIEVANCE #: _____    GRIEVANCE LEVEL: INF

GRIEVANT'S STATEMENT CONTINUATION:    PG. 3    OF 3

TAKING YEARS TO TAKE CARE OF A PRO-
CEDURE THAT TAKES LESS THAN 30
MINUTES TO ACCOMPLISH? WHY ARE YOU
CONTENT TO BLIND ME RATHER THAN
DO THE RESPONSIBLE ACT AND TAKE CARE
THIS BEFORE IT CAUSES PERMANENT DAMAGE?
YOU, THE NDOC, AND MEDICAL DIRECTOR
HAVE BEEN TOLD THAT DELAYS IN MEDICAL
CARE ARE UNACCEPTABLE, THE ACTIONS
YOU HAVE FAILED TO TAKE ARE AN EIGHTH
AND 14 AMENDMENT VIOLATION,
REMEDY: WITHIN 30 DAYS TAKE CARE OF
BOTH EYES,
                THANK YOU,
                        Will
        DATED  9-16-24

Original:    Attached to Grievance
Pink:        Inmate's Copy

4

NAME WILLIAM LYONS    ID# 79249    DOB 1 15 150

RECEIVED
6-21-24

FACILITY NNCC    Unit/Cell # 3-B 6-A

SIGNATURE will Ryone    SECOND KITE    DATE 6 15 124

**Request**

WHAT IS BEING DONE FOR THE CATARACT IN MY
LEFT EYE?

THANK YOU,

will

### OFFENDERS - DO NOT WRITE IN AREA BELOW
### ASSIGNED TO

☐ Medical   ☐ Dental   ☐ Psychiatry   ☐ Nursing   ☐ Other _____

Response to request

Your appointment pending scheduling — we are waiting for
them to schedule you

☐ Appointment scheduled/rescheduled for: _____
☐ No visit necessary
☐ No show for appointment
☐ Refused to be seen. DOC 2523 Release of Liability signed

### PRESCRIPTIONS

☐ KOP   ☐ NON-KOP
☐ Order date _____

### PLAN

☐ Follow-up appointment _____    ☐ Return if needed
☐ No follow-up required

6-20-24

Signature of practitioner/responder    Date

CO/FILE    NEVADA DEPARTMENT OF CORRECTIONS
**MEDICAL KITE and SERVICE REPORT**

DOC 2500 (09/22)

5

**Complete boxes 1 through 6 below as completely as possible and submit it to the Corrections Healthcare Administrator. Please print legibly. Forms that cannot be read will be returned.**

| 1. Inmate Name: WILLIAM R. LYONS | 2. DOC Number: 79249 | 3. Date: 6-5-24 |
|---|---|---|

4. Describe your physical or mental disability:

I HAVE C.M.T. 1-A, A FORM OF M.D, I HAVE CATARACTS NOW IN BOTH EYES, IT IS ADVANCED IN THE LEFT EYE TO THE POINT THAT I NEED A MAGNIFYING GLASS TO READ SMALL PRINT.

5. Describe the activities you wish to do that you cannot do because of your physical or mental disability: SO THAT I MAY READ SMALL PRINT AND REGULAR PRINT WITHOUT SQUINTING

6. Describe in detail the action you wish the Department to take to enable you to perform the activities described in number 5 and explain how that action will enable you to perform the activities described in number 5: I WOULD LIKE YOU TO PROVIDE ME WITH A MAGNIFYING GLASS

CC/FILE

| NEVADA DEPARTMENT OF CORRECTIONS<br><br>**INMATE DISABILITY ACCOMMODATION REQUEST** | NAME: LYONS WILLIAM R<br>          Last          First          MI<br>ID#: 79249     DOB: 1-15-50<br>INSTITUTION: NNCC |
|---|---|

DOC 2734 (03/22)

6

7. Following an evaluation, what does the health care provider determine regarding a disability or reasonable accommodation?

8. Input from facility ADA Coordinator:

9. ADA Committee Result:

Inmate Signature/Designee Signature: _will Lyons_

Health Care Provider Signature: _____ Date Received: _____

_CC/FILE_

| NEVADA DEPARTMENT OF CORRECTIONS<br><br>**INMATE DISABILITY<br>ACCOMMODATION REQUEST** | NAME: _LYONS  WILLIAM  R._<br>            Last              First              MI<br>ID#: _79249_      DOB: _1-15-50_<br>INSTITUTION: _NNCC_ |
| --- | --- |

DOC 2734 (03/22)

7

# EXHIBIT 4

# EXHIBIT 4

## AFFIDAVIT

State of Nevada)
           : Ss.
Carson City   )

      I, _Percey Lee Rice_____, the undersigned, do hereby swear under penalty of

Perjury that the following assertions are true and correct to the best of my knowledge:

     1. On April 3-2024 the Eye Doctor ordered Eye Surgery for my cateracts as of current date Nothing has been done or ordered. Sun light and bright lights of any kind brings on mass Migrane's.

Executed on this _2ND_ day of _MAY_____, 20_25_, at Northern Nevada Correctional

Center, Carson City, Nevada, under penalty of perjury, in accordance with Nevada Revised

Statute 208.165. (Execution of instrument by a prisoner) and 28 USCS 1746.

                           _Percey Lee Rice_____
                                      (SIGNATURE)

                           _Percey Lee Rice._____
                                        (PRINT NAME)

1

**AFFIDAVIT**

State of Nevada)
           : Ss.
Carson City   )

I, TRACY A. PETROCELLI , the undersigned, do hereby swear under penalty of

Perjury that the following assertions are true and correct to the best of my knowledge:

1. I HAVE A DETACHED RETINA IN LEFT EYE. IN Addition I HAVE MACULAR DEGENERATION IN BOTH EYE'S. PLUS CATARACTS IN BOTH EYES. I WAS ON PRESERVISION AND RESVERITAL TO SLOW THE PROGRESSION OF THE MACULAR DEGENERATION. THE PRISON DID NOTHING TO FIX THE DETACHED RETINA OVER 10 YEARS AGO IN LEFT EYE. THEREFORE LEAVING ME WITH ONLY 1 EYE TO EVEN SEE POORLY! (THE RIGHT EYE) which HAS MACULAR DEGENERATION + CATARACTS! FINALLY THEY SENT ME IN TOWN to do TEST FOR CATARACTS. DOCTOR (RECOMEND EYE SURGERY) SUDDENLY. THE PRISON CANCELL My CATARACT SURGERY + THE TOOK AWAY My PRESERVISION AND RESVERITAOL. AS IF THEY WANT ME (COMPLETLY BLIND) I CAN SEE VERY VERY VERY POORLY WITH THE 1 EYE! My ADVOCAT Richard ELLIS OF SAN FRANCISCO COMPLAIN by LETTER to WARDEN 3 TIMES. To DATE, THEY HAVE NOT GIVEN ME THE EYE SURGERY, NOR GIVEN BACK THE RESVERITROL "AND" PRESERVISION To SLOW THE MACULAR DEGERATION I WAS ON OVER 10 YEARS, which WILL ASSURE I WILL go COMPLETLY BLIND, I CAN'T SEE WELL AT ALL.

Executed on this ⬛ 51 day of JUNE , 20 25 , at Northern Nevada Correctional

Center, Carson City, Nevada, under penalty of perjury, in accordance with Nevada Revised

Statute 208.165. (Execution of instrument by a prisoner) and 28 USCS 1746.

TRACY A. Petrocelli
         (SIGNATURE)

TRACY A. PETROCELLI
        (PRINT NAME)

**2**

## AFFIDAVIT

State of Nevada )
            : ss.
Carson City    )

I, _Robert Earl Jones_, the undersigned, do hereby swear under penalty of

perjury that the following assertions are true and correct to the best of my knowledge:

1. Robert Earl Jones assirm that all my
Statements ~~in my affidavit~~ are true, and that
N.N.C.C Medical Staff and N.D.O.C are with deliberly
indifference are stalling treatment to preserve the
sight in ~~my right~~ Both of my eyes NDOC is failing to
get me the proper care for my cataracts.
They have caused with deliberate indifference
~~t~~ and lack of care to let my vision to slowly
grow darker and to eventually vanish.

Executed on this _1sT_ day of _JUNE_, 20_25_, at Northern Nevada Correctional

Center, Carson City, Nevada, under penalty of perjury, in accordance with Nevada Revised

Statute 208.165. (Execution of instrument by a prisoner) and 28 USCS 1746.

(Signature)

3

### AFFIDAVIT

State of Nevada )
         : ss.
Carson City   )

    I, _Kenneth Montano_ , the undersigned, do hereby swear under penalty of

perjury that the following assertions are true and correct to the best of my knowledge:

    1. On or about June of 2023 was diagnose by the optometrist for NNCC of having cataracts in both eyes. I have been seen by the optometrist about every six mouths and at each visit the optometrist puts in for correction for the cataracts. August of 2024 was my last visit and now the sight in my left eye is much worse than the Right eye. My sight now is so bad I must have some one To aid me in reading and writing.

Executed on this 1st day of June , 2025, at Northern Nevada Correctional

Center, Carson City, Nevada, under penalty of perjury, in accordance with Nevada Revised

Statute 208.165. (Execution of instrument by a prisoner) and 28 USCS 1746.

_(Signature)_

4

Affidavit

STATE of Nevada
                    : SS
Carson City

I Thomas Goepner, the undersigned, do hereby swear under penalty of perjury that the following assertions are true and correct to the best of my knowledge:

In the year of 2019 I was diagnose with cataracts in my right eye and about every six monthes I go in for a visit for follow ups. The optometrist here for NNCC puts in for correction of cataracts on each visit. As of today the cataracts have gotten so bad if some one is standing in front of a window all I can see is a fog with a shadow. I have a hearing impairment and rely on my sight to see what people are saying.

Dated this 1ST day of June , 20 25 .

5

AFFIDAVIT OF Richard W. Peters #92714; The Following statement is True And Correct of which I, Peters, Will Testify To in Court And is Made under The penalty of Perjury.

1. I, R.W. Peters, (Peters) Am an Inmate With The N.D.O.C. and I am currently housed AT N.N.C.C. iN Carson City, NV.

2. On May 10, 2016 (shortly after Midnight) an Inmate, Fernando Rodreguez, #51052, (F.R.) Attempted to Murder Me While I slept.

3. Part of The injuries I Sustained has Been The loss of vision in My Ⓛ Eye; diagnosed as A Tramatic Cataract.

4. I Litigated The Case (No. 3:15-CV-00493) up To The 9th Circuit (Case No. 22-15763) Which A Settlement Agreement had been Reached.

5. In The Settlement My Ⓛ eye Would be Examined and The Eye be Treated per The Recomendations of The Eye Doctor. (Taken To NV. Reina).

6. I Was returned To NV. Reina About 12 Mo. After The The Exam For The removal of The of The Cataract; The procedure Was Not attempted due To Inflamed sinus Cavity.

7. In 2024 I Contacted Sr. D.A.G. Douglas R. Rands (Rands) about The procedure Not Performed.

Ⓛ

6

8  Rands Responded The Agreement only Agreed To let Me be seen by The Eye Docter, Not That the Eye be Repared.

9  I have lost The complete Vision in My (L) Eye.

10  N.D.O.C. Medical States I have Not been Refered of Approved For Any Treatment of my (L) Eye.

11  Per Nursing staff I can see with The (R) eye And NDOC Continues To Accept The poloicy of "ONE Good Eye"

12  Further The Affisant Sayth Not.

    Dated This 1 day of June 2025.

    The Above statement is Factual And True. This statement has been Made by R.W. Peters To Which is Sworen To under The penalty of Purdury.

                        By; R.W. Peters
                        Peters, Richard W,
                            # 92314