UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM LYONS,

           Plaintiff,

     v.

JOE LOMBARDO, et al.,

           Defendants.

Case No.: 3:25-cv-00269-ART-CSD

**ORDER**

This prisoner civil-rights lawsuit is set for an Inmate Early Mediation conference on March 24, 2026. (ECF No. 8). Regarding the parties' confidential mediation statements, the order setting the conference instructed that for a plaintiff like Lyons who is incarcerated at a facility using e-filing, he must request that "the law librarian scan his or her mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov." (*Id.* at 5). Unfortunately, Lyons did not follow the Court's instruction and instead filed his mediation statement with the Court. (ECF No. 9). This Court will correct this mistake and ensure that Lyons's mediation statement is properly submitted.

It is therefore ordered that all parties except Lyons will disregard ECF No. 9.

It is further ordered that the Clerk of the Court is directed to (1) seal Lyons's mediation statement (ECF No. 9) until further order of the Court and (2) send a courtesy copy of Lyons's statement (ECF No. 9) to InmateMediationBrief@nvd.uscourts.gov.

DATED: March 4, 2026



UNITED STATES MAGISTRATE JUDGE