**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM LYONS,<br><br>                              Plaintiff,<br><br>     v.<br><br>ERIN PARKS, *et al.*,<br><br>                              Defendants. | 3:25-cv-00269-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 18 |

Before the court is Plaintiff's Motion to Withdraw Motion to Stay Case to Continue Mediation. (ECF No. 18.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Motion to Stay Case to Continue Mediation (ECF No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay Case to Continue Mediation (ECF No. 13) is **DENIED** as moot.

DATED: April 9, 2026.

_____
Craig S. Denney
United States Magistrate Judge