# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIAMS LYONS,

               Plaintiff,

   v.

ERIN PARKS, *et al.*,

               Defendants.

3:25-cv-00269-ART-CSD

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Annaleaz DeLa Torre-Fennell**. (ECF No. 15.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 16.)

The Clerk shall ISSUE a summons for **Annaleaz DeLa Torre-Fennell** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 16.) The Clerk shall also SEND sufficient copies of the Complaint (ECF No. 6), the screening order (ECF No. 5), and this order to the U.S. Marshal for service on the Defendant. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **June 23**, **2026**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: April 9, 2026.



Craig S. Denney
United States Magistrate Judge